IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| RAMON MUNGIA | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv710 |
| FNU BELL, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration and the magistrate judge recommends that this case be dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). Plaintiff has filed objections, but the objections do not address the basis of the Magistrate Judge's recommendation. Instead, it essentially restates Plaintiff's original complaint. *See* docket entry #8.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Plaintiff's objections are without merit. Accordingly, the court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that any and all motions not yet addressed are hereby **DENIED**.

**SIGNED this the 31st day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE